JS-6

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
KATHERINE B. WATSON, WA BAR #51525
    Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 206-615-2139
    Katherine.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KARI S WILLIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:26-CV-02544-E<br><br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's

ORDER of remand, issued on _____June 29_____, 2026.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this ___29th___ day of _____June_____, 2026.

_____
UNITED STATES MAGISTRATE
JUDGE CHARLES F. EICK

Respectfully submitted,

DATED: June 29, 2026

TODD BLANCHE
Acting Attorney General

By: /s/ Katherine B. Watson
KATHERINE B. WATSON
Special Assistant United States Attorney
Attorneys for Defendant

CC:

CLAYTON DAVIS
LEIBOVIC LAW GROUP
Attorney for Plaintiff