Clayton Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 461-5881
E-mail: claytond@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

| | |
|---|---|
| KARI WILLIS,<br>Plaintiff<br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>Defendant(s). | CASE No.: 2:26-CV-02544-E<br><br>**~~[PROPOSED]~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND TWO HUNDRED DOLLARS AND SEVENTY-SIX CENTS ($2,200.76).

DATE: 10/16/26

________________________________________
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE